| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | rachelle.barbour@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | DUSTIN M. RIGGERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:19-MJ-0033 JDP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; SETTING MATTER FOR CHANGE OF PLEA; AND REQUESTING AUTHORIZATION OF VIDEO TELEPHONICE APPEARANCE** |
| DUSTIN M. RIGGERS, | ) | |
| Defendant. | ) | |
| | ) | Date: September 11, 2019 |
| | | Time: 10:00 a.m. |
| | | Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Dustin M. Riggers, that the status conference scheduled for August 20, 2019, may be continued to September 11, 2019, at 10:00 a.m. and that a change of plea be scheduled for that date. Mr. Riggers also respectfully requests that the Court approve his appearance via video telephonic conferencing on that date from the Central District of California, Los Angeles Courthouse. The Government has no objection to this request.

/ / /

/ / /

-1-

|   |   |   |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | Dated: August 15, 2019 | /s/ *Rachelle Barbour* |
| 4 | | RACHELLE BARBOUR<br>Assistant Federal Defender |
| 5 | | Attorney for David Osborn |
| 6 | | |
| 7 | | McGREGOR W, SCOTT<br>United States Attorney |
| 8 | | |
| 9 | Dated: August 15, 2019 | /s/ *Rachelle Barbour for S. St. Vincent*<br>SUSAN ST. VINCENT |
| 10 | | Legal Officer |

ORDER

The status conference scheduled for August 20, 2019, is continued to September 11, 2019, at 10:00 a.m., and converted to a change of plea hearing. Mr. Riggers' request to appear by video telephonic conferencing from the Central District of California, Los Angeles courthouse is granted.

IT IS SO ORDERED.

Dated: __August 19, 2019__  
_____  
UNITED STATES MAGISTRATE JUDGE