HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DUSTIN RIGGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:19-mj-00033-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING** |
| vs. | Date:   August 11, 2020 |
| Dustin Riggers, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Jeremy D. Peterson |

      The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Dustin Riggers, hereby stipulate and jointly move this Court to vacate Mr. Riggers review hearing scheduled for August 11, 2020.

      On September 11, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Riggers to 18 months unsupervised probation with review hearings scheduled for August, 11, 2020 and February 9, 2020.  Mr. Riggers was to complete 60 hours of community service, pay a $600 fine, and complete the California DMV first time DUI class.  To date, Mr. Riggers has completed his community service and paid all fines owing.  Because of his substantial progress, the undersigned defense counsel moves the court to vacate the review hearing with the understanding Mr. Riggers will complete the DUI class before his final review hearing.  The Government does not object.

//

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  August 10, 2020        */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  August 10, 2020        HEATHER E. WILLIAMS
Federal Defender

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
Dustin Riggers

**O R D E R**

The above stipulation to vacate the review hearing in case 6:19-mj-00033-JDP is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   August 11, 2020                    _____
UNITED STATES MAGISTRATE JUDGE