HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DUSTIN M. RIGGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN M. RIGGERS,<br><br>Defendant. | Case No. 6:19-mj-00033-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |

The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Dustin M. Riggers, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for February 9, 2021 and terminate probation.

On September 11, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Riggers to a term of 18 months unsupervised probation, to complete the DMV 3-month First time DUI program, complete 60 hours of community service, and to pay a fine and special assessments totaling $600.00.  As of the instant filing, Mr. Riggers is in compliance with the terms of his probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: February 5, 2021 | */s/ Sean Anderson*<br>SEAN ANDERSON<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: February 5, 2021 | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>DUSTIN M. RIGGERS |

O R D E R

Based on the parties' joint representation that defendant Mr. Dustin M. Riggers is in full compliance with the conditions of his probation, the court GRANTS defendant's motion (Doc. No. 15) filed February 5, 2021.  The review hearing in case 6:19-mj-00033-JDP scheduled for February 9, 2021, at 10:00 a.m. is VACATED and probation is TERMINATED.

IT IS SO ORDERED.

Dated:   February 8, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Riggers – Stipulation to
Vacate Review Hearing                3